# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: WORLEY, MICHAEL J.              § Case No. 8:09-bk-23114-MGW
     WORLEY, DONNA M.              §
                                     §

Debtor(s)                              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 12, 2009.  The undersigned trustee was appointed on October 13, 2009.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of     $       5,762.02

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 210.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 5,552.02 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/05/2010 and the deadline for filing governmental claims was  / /  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,326.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,326.20, for a total compensation of $1,326.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $119.59, for total expenses of $119.59.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2014          By:/s/DOUGLAS N. MENCHISE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-bk-23114-MGW  
**Case Name:**  WORLEY, MICHAEL J.  
  WORLEY, DONNA M.  
**Period Ending:** 10/17/14

**Trustee:**   (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 10/12/09 (f)  
**§341(a) Meeting Date:** 11/18/09  
**Claims Bar Date:** 03/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   HOMESTEAD <br> Imported from origional petition Doc# 1; Orig. Description: 2503 Cypress Bend, Clearwater, Florida 33761 | 211,300.00 | 0.00 | OA | 0.00 | FA |
| 2   BANK ACCOUNTS <br> Imported from origional petition Doc# 1; Orig. Description: Bank Atlantic Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 3   HOUSEHOLD GOODS AND FURNISHINGS <br> Imported from origional petition Doc# 1; Orig. Description: Sofa Loveseat Coffee Table Television Entertainment Center; See Schedule B | 1,250.00 | 0.00 | | 0.00 | FA |
| 4   Wearing apparel. <br> Imported from origional petition Doc# 1; Orig. Description: Various Men's, Women's and Children's clothing | 250.00 | 0.00 | | 0.00 | FA |
| 5   Furs and jewelry. <br> Imported from origional petition Doc# 1; Orig. Description: Watch Wedding Bands Necklace Earrings Costume Je | 85.00 | 0.00 | | 0.00 | FA |
| 6   FIREARMS AND HOBBY EQUIPMENT <br> Imported from origional petition Doc# 1; Orig. Description: Bicycles Video Camera | 20.00 | 0.00 | | 0.00 | FA |
| 7   INTERESTS IN INSURANCE POLICIES <br> Imported from origional petition Doc# 1; Orig. Description: American General Life Insurance Policy | 500,000.00 | 0.00 | | 0.00 | FA |
| 8   INTERESTS IN INSURANCE POLICIES <br> Imported from origional petition Doc# 1; Orig. Description: Prudential Insurance Co. of America - Group Life | 111,000.00 | 0.00 | | 0.00 | FA |
| 9   PENSION PLANS AND PROFIT SHARING <br> Imported from origional petition Doc# 1; Orig. Description: Fidelity IRA | 7,000.00 | 0.00 | | 0.00 | FA |
| 10   AUTOMOBILES AND OTHER VEHICLES <br> Imported from origional petition Doc# 1; Orig. Description: 1996 Ford F-150 Truck 230,000 miles | 400.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-bk-23114-MGW

**Case Name:**   WORLEY, MICHAEL J.

WORLEY, DONNA M.

**Period Ending:** 10/17/14

**Trustee:**   (290770)   DOUGLAS N. MENCHISE

**Filed (f) or Converted (c):**  10/12/09 (f)

**§341(a) Meeting Date:**  11/18/09

**Claims Bar Date:**  03/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 11   AUTOMOBILES AND OTHER VEHICLES<br>   Imported from origional petition Doc#      1; Orig.<br>Description: 2002 Mercury Mountaineer 132,000 miles<br>(See Footnote) | 1,995.00 | 1,995.00 | | 650.00 | FA |
| 12   AUTOMOBILES AND OTHER VEHICLES<br>   Imported from origional petition Doc#      1; Orig.<br>Description: 1998 Volvo S70 128,000 miles  (See<br>Footnote) | 1,000.00 | 1,000.00 | | 4,942.96 | FA |
| 13   TAX REFUNDS-U  (u)<br>   2009 TAX REFUND  (See Footnote) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14   TAX REFUNDS-U  (u)<br>   2008 TAX REFUND | 169.00 | 169.00 | | 169.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 0.06 | FA |
| **15**   **Assets**   Totals (Excluding unknown values) | **$835,519.00** | **$4,164.00** | | **$5,762.02** | **$0.00** |

RE PROP# 11     Trustee value is $1995 less $1345 exemptions

RE PROP# 12     Trustee value is insurance proceeds received of $4822.96 plus $120 bank fees

RE PROP# 13     Stale check reissued to Debtors in 2011.

---

**Major Activities Affecting Case Closing:**

11/30/2009-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order; 11/30/09-Filed Motion to Compel Turnover of Tax Refund and standard order; Sent letter to IRS re: turnover of tax refund;  12/17/09 - Filed Objection to Exemptions; Filed Motion to Compel Turnover of Automobiles; Sent buyback letter; 01/25/10 - submitted proposed order on motion to compel turnover of automobiles; Sent letter to Atty Wert on buyback/turnover of non-exempt insurance proceeds from vehicle; 04/24/13 - Sent letter to Atty Eckard on repayment to estate of insurance proceeds and non-exempt portion of vehicles or will file motion for order to show cause why Debtors should not be held in contempt; 05/02/13 - Drafted Motion for Order to Show Cause; 05/14/13 - Filed Motion for Order to Show Cause; 06/04/13 - PC Atty Veronica Coulter reaching agreement for 12 mo pmts starting 7/1/13 with stip for revocation of disharge if pmts missed; 06/07/13 - Drafted Order on Motion for Order to Show Cause; 06/10/13 - Submitted proposed ORder on Motion for Order to Show Cause; Sent letter to Atty Coulter on payments;  6/13/13- filed proof of service on motion to show cause; 04/09/14 - Filed Notice of Sale; Pulled claims for review; 05/13/14 - Sent letter to Atty Eckard on final payment; 06/13/14 - Filed Report of Sale; Sent letter to IRS requesting reissue of stale check; 10/15/14 - PC Ms. Coleman at IRS who will look into status of reissued check; 10/16/14 - Filed Notice of Abandonment; 10/17/14 - PC IRS-no 2009 tax refund available to reissue; DA'd asset; Case ready to close;

***FILED TFR 10/17/2014

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 8:09-bk-23114-MGW

**Case Name:**   WORLEY, MICHAEL J.
WORLEY, DONNA M.

**Period Ending:** 10/17/14

**Trustee:**   (290770)   DOUGLAS N. MENCHISE

**Filed (f) or Converted (c):**   10/12/09 (f)

**§341(a) Meeting Date:**   11/18/09

**Claims Bar Date:**   03/05/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   October 30, 2010       **Current Projected Date Of Final Report (TFR):**   October 17, 2014  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 8:09-bk-23114-MGW
**Case Name:** WORLEY, MICHAEL J.
WORLEY, DONNA M.
**Taxpayer ID #:** **-***2232
**Period Ending:** 10/17/14

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** The Bank of New York Mellon
**Account:** ****-******06-65 - Checking Account
**Blanket Bond:** $56,824,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/10 | {14} | DONNA WORLEY | TURNOVER OF 2008 TAX REFUND PER 1/7/10 COURT ORDER (DOC. NO. 20) | 1224-000 | 169.00 | | 169.00 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.01 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.02 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 169.06 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029077088 20130110 | 9999-000 | | 169.06 | 0.00 |

|  | | | ACCOUNT TOTALS | | 169.06 | 169.06 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 0.00 | 169.06 | |
| | | | **Subtotal** | | **169.06** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$169.06** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:09-bk-23114-MGW
**Case Name:** WORLEY, MICHAEL J.
WORLEY, DONNA M.
**Taxpayer ID #:** **-***2232
**Period Ending:** 10/17/14

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Rabobank, N.A.
**Account:** ******4465 - Checking Account
**Blanket Bond:** $56,824,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 169.06 | | 169.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 159.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 149.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 139.06 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 129.06 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 119.06 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 109.06 |
| 07/01/13 | | DONNA WORLEY | Acct #0001; Payment #1; Buyback of 1998<br>Volvo S70 and 2002 Mercury Mountaineer Per<br>6/13/13 Order to Show Cause | | 466.08 | | 575.14 |
| | {11} | | Acct #0001; Payment #1;        54.17<br>BUYBACK OF<br>NON-EXEMPT ASSETS | 1129-000 | | | 575.14 |
| | {12} | | Acct #0001; Payment #1;       411.91<br>BUYBACK OF<br>NON-EXEMPT ASSETS | 1129-000 | | | 575.14 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 565.14 |
| 08/05/13 | | DONNA WORLEY | Acct #0001; Payment #2, Buyback of 1998<br>Volvo S70 and 2002 Mercury Mountaineer Per<br>6/13/13 Order to Show Cause | | 466.08 | | 1,031.22 |
| | {11} | | Acct #0001; Payment #2        54.17 | 1129-000 | | | 1,031.22 |
| | {12} | | Acct #0001; Payment #2       411.91 | 1129-000 | | | 1,031.22 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,021.22 |
| 09/11/13 | | DONNA WORLEY | Acct #0001; Payment #3; Buyback of 1998<br>Volvo S70 and 2002 Mercury Mountaineer Per<br>6/13/13 Order to Show Cause | | 466.08 | | 1,487.30 |
| | {11} | | Acct #0001; Payment #3;        54.17<br>BUYBACK OF<br>NON-EXEMPT ASSETS | 1129-000 | | | 1,487.30 |
| | {12} | | Acct #0001; Payment #3;       411.91<br>BUYBACK OF<br>NON-EXEMPT ASSETS | 1129-000 | | | 1,487.30 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,477.30 |
| 10/09/13 | | DONNA WORLEY | Acct #0001; Payment #4; Buyback of 1998<br>Volvo S70 and 2002 Mercury Mountaineer Per<br>6/13/13 Order to Show Cause | | 466.08 | | 1,943.38 |
| | {11} | | Acct #0001; Payment #4;        54.17 | 1129-000 | | | 1,943.38 |

Subtotals :                    $2,033.38           $90.00

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 8:09-bk-23114-MGW

**Case Name:** WORLEY, MICHAEL J.
WORLEY, DONNA M.

**Taxpayer ID #:** **-***2232

**Period Ending:** 10/17/14

**Trustee:** DOUGLAS N. MENCHISE (290770)

**Bank Name:** Rabobank, N.A.

**Account:** ******4465 - Checking Account

**Blanket Bond:** $56,824,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | BUYBACK OF NON-EXEMPT ASSETS | | | | | |
| | {12} | | Acct #0001; Payment #4; BUYBACK OF NON-EXEMPT ASSETS | 411.91 | 1129-000 | | | 1,943.38 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,933.38 |
| 11/13/13 | | DONNA WORLEY | Acct #0001; Payment #5; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | | 466.08 | | 2,399.46 |
| | {11} | | Acct #0001; Payment #5; BUYBACK OF NON-EXEMPT ASSETS | 54.17 | 1129-000 | | | 2,399.46 |
| | {12} | | Acct #0001; Payment #5; BUYBACK OF NON-EXEMPT ASSETS | 411.91 | 1129-000 | | | 2,399.46 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,389.46 |
| 12/11/13 | | DONNA WORLEY | Acct #0001; Payment #6; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | | 466.08 | | 2,855.54 |
| | {11} | | Acct #0001; Payment #6; BUYBACK OF NON-EXEMPT ASSETS | 54.17 | 1129-000 | | | 2,855.54 |
| | {12} | | Acct #0001; Payment #6; BUYBACK OF NON-EXEMPT ASSETS | 411.91 | 1129-000 | | | 2,855.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,845.54 |
| 01/13/14 | | DONNA M. WORLEY | Acct #0001; Payment #7; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | | 466.06 | | 3,311.60 |
| | {11} | | Acct #0001; Payment #7; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 54.16 | 1129-000 | | | 3,311.60 |
| | {12} | | Acct #0001; Payment #7; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 411.90 | 1129-000 | | | 3,311.60 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,301.60 |
| 02/10/14 | | DONNA WORLEY | Account #0001, payment 7 & 8, Buyback of | | | 466.08 | | 3,767.68 |

Subtotals :    $1,864.30    $40.00

{} Asset reference(s)

Printed: 10/17/2014 01:18 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:09-bk-23114-MGW | **Trustee:** DOUGLAS N. MENCHISE (290770) |
| **Case Name:** WORLEY, MICHAEL J. | **Bank Name:** Rabobank, N.A. |
| WORLEY, DONNA M. | **Account:** ******4465 - Checking Account |
| **Taxpayer ID #:** **-***2232 | **Blanket Bond:** $56,824,000.00 (per case limit) |
| **Period Ending:** 10/17/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | | | |
| | {11} | | Acct #0001; Payment #8          54.16 | 1129-000 | | | 3,767.68 |
| | {12} | | Acct #0001; Payment #7          0.02 | 1129-000 | | | 3,767.68 |
| | {12} | | Acct #0001; Payment #8          411.90 | 1129-000 | | | 3,767.68 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,757.68 |
| 03/11/14 | | DONNA WORLEY | Acct #0001; Payment #8, 9; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | 466.08 | | 4,223.76 |
| | {11} | | Acct #0001; Payment #9;          54.16 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 4,223.76 |
| | {12} | | Acct #0001; Payment #8;          0.02 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 4,223.76 |
| | {12} | | Acct #0001; Payment #9;          411.90 BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 4,223.76 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,213.76 |
| 04/09/14 | | DONNA WORLEY | Acct #0001; Payment #10, 9; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | 466.08 | | 4,679.84 |
| | {11} | | Acct #0001; Payment          54.16 #10; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | | | 4,679.84 |
| | {12} | | Acct #0001; Payment          411.90 #10; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | | | 4,679.84 |
| | {12} | | Acct #0001; Payment #9;          0.02 BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | | | 4,679.84 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,669.84 |
| 05/13/14 | | DONNA WORLEY | Acct #0001; Payment #10, 11; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | 466.06 | | 5,135.90 |
| | {11} | | Acct #0001; Payment          54.16 | 1129-000 | | | 5,135.90 |

Subtotals :          $1,398.22          $30.00

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:09-bk-23114-MGW | **Trustee:** DOUGLAS N. MENCHISE (290770) |
| **Case Name:** WORLEY, MICHAEL J. | **Bank Name:** Rabobank, N.A. |
| WORLEY, DONNA M. | **Account:** ******4465 - Checking Account |
| **Taxpayer ID #:** **-***2232 | **Blanket Bond:** $56,824,000.00 (per case limit) |
| **Period Ending:** 10/17/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #11; BUYBACK OF NON-EXEMPT ASSETS | | | | |
| | {12} | | Acct #0001; Payment          0.02 #10; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | | | 5,135.90 |
| | {12} | | Acct #0001; Payment          411.88 #11; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | | | 5,135.90 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,125.90 |
| 06/12/14 | | DONNA WORLEY | Acct #0001; Payment #12; Buyback of 1998 Volvo S70 and 2002 Mercury Mountaineer Per 6/13/13 Order to Show Cause | | 466.12 | | 5,592.02 |
| | {11} | | Acct #0001; Payment          54.18 #12; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 5,592.02 |
| | {12} | | Acct #0001; Payment          411.94 #12; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | | | 5,592.02 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,582.02 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,572.02 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,562.02 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,552.02 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,762.02 | 210.00 | $5,552.02 |
| Less: Bank Transfers | 169.06 | 0.00 | |
| **Subtotal** | 5,592.96 | 210.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,592.96** | **$210.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:09-bk-23114-MGW | **Trustee:** DOUGLAS N. MENCHISE (290770) |
| **Case Name:** WORLEY, MICHAEL J. | **Bank Name:** Rabobank, N.A. |
| WORLEY, DONNA M. | **Account:** ******4465 - Checking Account |
| **Taxpayer ID #:** **-***2232 | **Blanket Bond:** $56,824,000.00 (per case limit) |
| **Period Ending:** 10/17/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******06-65** | 169.06 | 0.00 | 0.00 |
| **Checking # ******4465** | 5,592.96 | 210.00 | 5,552.02 |
| | $5,762.02 | $210.00 | $5,552.02 |

{} Asset reference(s)

Printed: 10/17/14 01:19 PM                                                                                                    Page: 1

# Exhibit C

### Case:  8:09-bk-23114-MGW    WORLEY, MICHAEL J.

Claims Bar Date:   03/05/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/07/09 | | $1,096.69<br>$1,096.69 | $0.00 | $1,096.69 |
| 2 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/08/09 | | $952.44<br>$952.44 | $0.00 | $952.44 |
| 3 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/15/09 | | $402.35<br>$402.35 | $0.00 | $402.35 |
| 4 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/09 | | $2,795.69<br>$2,795.69 | $0.00 | $2,795.69 |
| 5 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/09 | | $2,441.54<br>$2,441.54 | $0.00 | $2,441.54 |
| 6 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/09 | | $6,904.65<br>$6,904.65 | $0.00 | $6,904.65 |
| 7 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/09 | | $4,149.33<br>$4,149.33 | $0.00 | $4,149.33 |
| 8 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/09 | | $11,069.04<br>$11,069.04 | $0.00 | $11,069.04 |
| 9 | Capital One Bank USA, N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/13/10 | | $4,867.69<br>$4,867.69 | $0.00 | $4,867.69 |

# Exhibit C

### Case:  8:09-bk-23114-MGW      WORLEY, MICHAEL J.

Claims Bar Date:   03/05/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | Chase Bank USA,N.A<br>c/o Creditors Bankrutpcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/14/10 | | $735.03<br>$735.03 | $0.00 | $735.03 |
| 11 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/17/10 | | $626.62<br>$626.62 | $0.00 | $626.62 |
| 12 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/17/10 | | $2,409.19<br>$2,409.19 | $0.00 | $2,409.19 |
| 13 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/17/10 | | $4,068.75<br>$4,068.75 | $0.00 | $4,068.75 |
| 14 | Ladco Leasing<br>7300 Chapman Hwy<br>Knoxville, TN 37920<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/22/10 | | $2,930.63<br>$2,930.63 | $0.00 | $2,930.63 |
| 15 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/23/10 | | $8,612.05<br>$8,612.05 | $0.00 | $8,612.05 |
| 16 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>03/12/10 | | $1,545.95<br>$1,545.95 | $0.00 | $1,545.95 |
| | | | **Case Total:** | | **$0.00** | **$55,607.64** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:09-bk-23114-MGW
Case Name: WORLEY, MICHAEL J.
Trustee Name: DOUGLAS N. MENCHISE

**Balance on hand:**                                   $            5,552.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $               0.00
Remaining balance:                          $           5,552.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS N. MENCHISE | 1,326.20 | 0.00 | 1,326.20 |
| Trustee, Expenses - DOUGLAS N. MENCHISE | 119.59 | 0.00 | 119.59 |
| Attorney for Trustee, Fees - DOUGLAS N. MENCHISE, ESQUIRE | 1,300.00 | 0.00 | 1,300.00 |

Total to be paid for chapter 7 administration expenses:     $         2,745.79
Remaining balance:                                          $         2,806.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:                                              $         2,806.23

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $    0.00

Remaining balance:    $    2,806.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,061.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 1,096.69 | 0.00 | 56.94 |
| 2 | Midland Funding LLC | 952.44 | 0.00 | 49.44 |
| 3 | Dell Financial Services L.L.C. | 402.35 | 0.00 | 20.89 |
| 4 | Chase Bank USA, N.A. | 2,795.69 | 0.00 | 145.12 |
| 5 | Chase Bank USA, N.A. | 2,441.54 | 0.00 | 126.73 |
| 6 | Chase Bank USA, N.A. | 6,904.65 | 0.00 | 358.40 |
| 7 | Chase Bank USA, N.A. | 4,149.33 | 0.00 | 215.38 |
| 8 | Chase Bank USA, N.A. | 11,069.04 | 0.00 | 574.57 |
| 9 | Capital One Bank USA, N.A. | 4,867.69 | 0.00 | 252.67 |
| 10 | Chase Bank USA,N.A | 735.03 | 0.00 | 38.15 |
| 11 | Midland Funding LLC | 626.62 | 0.00 | 32.53 |
| 12 | Midland Funding LLC | 2,409.19 | 0.00 | 125.06 |
| 13 | Midland Funding LLC | 4,068.75 | 0.00 | 211.20 |
| 14 | Ladco Leasing | 2,930.63 | 0.00 | 152.12 |
| 15 | Fia Card Services, NA/Bank of America | 8,612.05 | 0.00 | 447.03 |

Total to be paid for timely general unsecured claims:      $      2,806.23

Remaining balance:      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,545.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | eCAST Settlement Corporation | 1,545.95 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:      $      0.00

Remaining balance:      $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**      0.00

Remaining balance:      $      0.00

**UST Form 101-7-TFR (05/1/2011)**